# EXHIBIT A

## ROBERT A. BATTISTA

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | Whitney Houston | Run To You | Bodyguard Soundtrack | 152-583 |
| Capitol Records, Inc. | Pink Floyd | Comfortably Numb | The Wall | 14-787 |
| Warner Bros. Records Inc. | Morris Day | Fishnet | Daydreaming | 90-289 |
| UMG Recordings, Inc. | Gap Band | Burn Rubber (Why You Wanna Hurt Me?) | The 12-Inch Collection | 70-785 |
| Interscope Records | Sheryl Crow | Soak Up The Sun | C'Mon C'Mon | 311-757 |
| Elektra Entertainment Group Inc. | Third Eye Blind | How's It Going to Be | Third Eye Blind | 188-673 |
| Warner Bros. Records Inc. | The Time | Jungle Love | Ice Cream Castle | 55-021 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Dancing In The Dark | Born In The U.S.A. | 55-647 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Betterman | Vitalogy | 206-558 |