UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INTERSCOPE RECORDS, a California general partnership; CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,

Plaintiffs,

v.

ROBERT A. BATTISTA,

Defendant.

Civil No.: CA 05- 474 ML

**NOTICE OF SATISFACTION OF MONETARY PORTION OF JUDGMENT**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT:

1. Judgment Creditors, INTERSCOPE RECORDS; CAPITOL RECORDS, INC.; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; ARISTA RECORDS LLC; and SONY BMG MUSIC ENTERTAINMENT and Judgment Debtor, ROBERT A. BATTISTA stipulated to a judgment ("Stipulated Judgment") in favor of Plaintiffs in the above-entitled action. The Court has entered the Stipulated Judgment.

2. The Stipulated Judgment includes a monetary payment.

3. Judgment Debtor has fully satisfied the monetary portion of the Stipulated Judgment.

DATED:
1/17/07

/s/James E. O'Neil, Esq.
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for INTERSCOPE RECORDS; CAPITOL RECORDS, INC.; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; ARISTA RECORDS LLC; and SONY BMG MUSIC ENTERTAINMENT